HENRY BLOOM, Respondent, v. SARAH BLOOM, Individually and as Administratrix of the Estate of BENJAMIN BLOOM, Deceased, et al., Appellants. (2 Actions.) ARNOLD CONSTRUCTION CO. INC., Plaintiff, v. HENRY BLOOM et al., Respondents.—

Present — Del Vecchio, J. P., Marsh, Witmer and Henry, JJ.
In the Matter of PAUL E. MCNAMARA, an Attorney.—